IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GEORGE V. CHESTEEN, as Trustee of
GREEN HILLS REFUGE IRREVOCABLE
TRUST, and as EXECUTOR of the
VERNON R. CHESTEEN ESTATE                                              PLAINTIFF

V.                                                  CAUSE NO.: 1:13CV142-SA-RP

STEVEN R. GIBSON, and
STEVEN R. GIBSON, P.C.                                                 DEFENDANTS

## ORDER ON MOTION TO DISMISS

Pursuant to a Memorandum Opinion issued this day, Steven R. Gibson's Motion to Dismiss [25] is GRANTED, and he is DISMISSED as a defendant to this action.

SO ORDERED, this the 3rd day of February, 2017.

                                                                                      /s/ Sharion Aycock_____
                                                                                      **U.S. DISTRICT JUDGE**